

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ERIC FLORES, | § | No. 08-14-00078-CV |
| Appellant, | § | Appeal from |
| v. | § | 383rd District Court |
| VICTOR PARRA AND | § | of El Paso County, Texas |
| JOE SPENCER, | § | (TC # 2014DCM0606) |
| Appellees. | § | |

## MEMORANDUM OPINION

This appeal is before the Court on its own motion to determine whether the appeal should be dismissed for want of jurisdiction. Finding that the severance order is an interlocutory order which is not appealable, we dismiss the appeal for want of jurisdiction.

It is well settled that appellate courts have jurisdiction over final judgments, and such interlocutory orders as the Legislature deems appealable by statute. *Lehmann v. Har-Con Corporation*, 39 S.W.3d 191, 195 (Tex. 2001); *VNA, Inc. v. Figueroa*, 403 S.W.3d 480, 481-82 (Tex.App.--El Paso 2013, no pet.); *Ruiz v. Ruiz*, 946 S.W.2d 123, 124 (Tex.App.--El Paso 1997, no pet.); TEX.CIV.PRAC. & REM.CODE ANN. § 51.014 (West Supp. 2013)(authorizing appeals from certain interlocutory orders). The appellant, Eric Flores, is attempting to appeal a severance order. Appellant filed a petition for injunctive relief in his parents' divorce case

purportedly claiming that he has an interest in his parents' property.[1]  The trial court entered an order severing Appellant's petition for injunctive relief from the divorce.  The severance order is an interlocutory order and there is no statutory provision authorizing an appeal from a severance order.  Accordingly, the severance order is not appealable.  On March 14, 2014, the Clerk of the Court notified the parties that the Court intended to dismiss the appeal for want of jurisdiction unless any party could establish grounds for continuing the appeal.  The notice required a response within ten days, but no response has been filed.  We therefore dismiss the appeal for want of jurisdiction. *See* TEX.R.APP.P. 42.3(a).

May 30, 2014

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.

---

[1]  The divorce proceeding is styled *In the Matter of the Marriage of Javier Vensor Flores Senior and Cynthia Lorenza Flores* (cause number 2014DCM0606).  According to Appellant, the parties to the divorce are his parents.